# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## CORRECTED JUDGMENT RENDERED
## AUGUST 22, 2014

## NO. 03-12-00582-CR

**Candelario Cerda, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## MODIFIED AND, AS MODIFIED, AFFIRMED --
## OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgments that require correction. Therefore, the Court modifies the trial court's judgments as follows: we modify each judgment of conviction to state that the "Statute for Offense" is "22.011(a)(2)(A) Penal Code." The judgments, as modified, are affirmed. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.